1  CLIFF A. MAIER (#248858)
   cmaier@mayerbrown.com
2  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
3  3000 El Camino Real
   Palo Alto, CA 94306-2112
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
5
6  Attorneys for Defendants Avago Technologies
   General IP (Singapore) Pte. Ltd., Inc., Avago
7  Technologies ECBU IP (Singapore) Pte. Ltd., Inc.,
   and Avago Technologies USA, Inc.

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
2/25/2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PixArt Imaging Inc., <br><br> Plaintiff, <br><br> v. <br><br> Avago Technologies General IP (Singapore) Pte. Ltd., Inc., Avago Technologies ECBU IP (Singapore) Pte. Ltd., Inc., and Avago Technologies USA, Inc., <br><br> Defendants. | CASE NO. 5:10-cv-00544-JW (HRL) <br><br> [~~PROPOSED~~] ORDER GRANTING REQUEST PURSUANT TO LOCAL RULE 6-2 FOR ORDER CHANGING TIME |

Pursuant to Civil L.R. 6-2 and 7-11 and Fed. R. Civ. P. 6(b), Plaintiff PixArt Imaging Inc. ("PixArt") and Defendants Avago Technologies General IP (Singapore) Pte. Ltd., Inc., Avago Technologies ECBU IP (Singapore) Pte. Ltd., Inc., and Avago Technologies USA, Inc. (collectively "Avago," and along with PixArt, "Parties") jointly submitted a request that the Court enter an order setting the time for filing an Opposition to PixArt's Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") and extending the time for Avago to move, answer, or otherwise respond to PixArt's Complaint For Declaratory Judgment ("Complaint").

Having considered the Parties stipulated request and the declaration submitted in support

thereof, the Court hereby GRANTS the stipulated request and makes the following order:

For the reasons set forth in the stipulated motion and supporting declaration and for good cause shown, the Court ORDERS that the time for Avago to move, answer, or otherwise respond to PixArt's Complaint For Declaratory Judgment is extended to March 31, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 25, 2010

_____
Honorable James Ware
U.S. District Court District Judge