| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | CLIFF A. MAIER (#248858) |
| 2 |    cmaier@mayerbrown.com |
| | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 4 | Telephone: (650) 331-2000 |
| | Facsimile:  (650) 331-2060 |
| 5 | |
| | DUANE-DAVID HOUGH (*pro hac vice*) |
| 6 |    dhough@mayerbrown.com |
| | BRIAN W. NOLAN (*pro hac vice*) |
| 7 |    bnolan@mayerbrown.com |
| | ROBERT GREENFELD (*pro hac vice*) |
| 8 |    rgreenfeld@mayerbrown.com |
| | 1675 Broadway |
| 9 | New York, NY 10019-5820 |
| | Telephone: (212) 506-2500 |
| 10 | Facsimile: (212) 262-1910 |

Attorneys for Defendants and Counterclaim Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PixArt Imaging Inc. | CASE NO. C 10-00544 JW |
|          Plaintiff, | |
|    v. | [~~PROPOSED~~] ORDER AMENDING THE CASE SCHEDULE |
| Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc., | |
|          Defendants. | |
| Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc., | |
|          Counterclaim Plaintiffs, | |
|    v. | |
| PixArt Imaging Inc., | |
|          Counterclaim Defendant. | |

1   TO ALL PARTIES AND COUNSEL OF RECORD:

2   PURSUANT TO STIPULATION, IT IS SO ORDERED

3   that the Scheduling Order is amended as follows:

| | |
|---|---|
| **Close of Fact Discovery** | **April 20, 2011** |
| **Opening Expert Disclosures** | **May 11, 2011** |
| **Rebuttal Expert Disclosures** | **June 1, 2011** |
| **Close of Expert Discovery** | **June 10, 2011** |
| **Last Date for Hearing Motions to Exclude Expert Testimony** | **July 25, 2011** |
| **Last Date for Hearing Dispositive Motions** | **September 26, 2011** |
| **Preliminary Pretrial Conference at 11 a.m.** | **June 27, 2011** |
| **Preliminary Pretrial Conference Statements** | **June 17, 2011** |

Dated  February 10, 2011                              _____
                                                                           JAMES WARE
                                                                           UNITED STATES DISTRICT CHIEF JUDGE

-2-

[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 10-00544 JW

700000181