MAYER BROWN LLP
CLIFF A. MAIER (#248858)
  cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

DUANE-DAVID HOUGH (*pro hac vice*)
  dhough@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
  bnolan@mayerbrown.com
ROBERT GREENFELD (*pro hac vice*)
  rgreenfeld@mayerbrown.com
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Defendants and Counterclaim Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PixArt Imaging Inc.,<br>            Plaintiff,<br>     v.<br>Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc.,<br>            Defendants.<br><br>Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc.,<br>            Counterclaim Plaintiffs,<br>     v.<br>PixArt Imaging Inc.,<br>            Counterclaim Defendant. | CASE NO. C 10-00544 JW<br><br>[~~PROPOSED~~] ORDER AMENDING THE CASE SCHEDULE |

TO ALL PARTIES AND COUNSEL OF RECORD:

PURSUANT TO STIPULATION, IT IS SO ORDERED

that the Scheduling Order is amended as follows:

| | |
|---|---|
| **Close of Fact Discovery** | **June 22, 2011** |
| **Opening Expert Disclosures** | **July 13, 2011** |
| **Rebuttal Expert Disclosures** | **August 3, 2011** |
| **Close of Expert Discovery** | **August 12, 2011** |
| **Last Date for Hearing Motions to Exclude Expert Testimony** | **September 26, 2011** |
| **Last Date for Hearing Dispositive Motions** | **December 5, 2011** |
| **Preliminary Pretrial Conference at 11 a.m.** | **August 29, 2011** |
| **Preliminary Pretrial Conference Statements** | **August 19, 2011** |

Dated  March 29, 2011

_____
James Ware
United States District Chief Judge

-2-

[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 10-00544 JW

700038041