**\*\* E-filed June 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING, INC., | No. C10-00544 HRL |
| Plaintiffs, | **ORDER GRANTING PARTIES' REQUESTED EXTENSION OF TIME TO FILE DISCOVERY DISPUTE JOINT REPORT** |
| v. | |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., INC., et al., | **[Re: Docket No. 47]** |
| Defendants. | |

Fact discovery in the above-captioned matter closed on June 22, 2011. On June 27, 2011, the parties in this matter filed a joint letter requesting a two-week extension of time to file a Discovery Dispute Joint Report pursuant to this Court's Standing Order re: Civil Discovery Disputes. Docket No. 47. Good case being shown, the Court GRANTS the request. Any Discovery Dispute Joint Report shall be filed no later than July 13, 2011.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-00544 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Cliff Allan Maier | cmaier@mayerbrownrowe.com, Cmaier@mayerbrown.com, cnotification@mayerbrown.com, cpohorski@mayerbrown.com, jwilkinson@mayerbrown.com |
| Daralyn J. Durie | ddurie@durietangri.com |
| Michael Henry Page | mpage@durietangri.com, charlie_chang@pixart.com.tw, records@durietangri.com |
| Robert Greenfeld | rgreenfeld@mayerbrown.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**