**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PixArt Imaging, Inc., | NO. C 10-00544 JW |
|         Plaintiff,<br>  v.<br>Avago Technologies General IP (Singapore)<br>Pte. Ltd., et al.,<br>        Defendants. | **ORDER GRANTING IN PART JOINT MOTION TO AMEND CASE SCHEDULE; CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

Presently before the Court is the parties' Joint Stipulated Request for Order Amending the Case Schedule. (Docket Item No. 61.) The parties contend that they are unable to notice their Motions to Exclude Expert Testimony until October 17, 2011, due to the Court's own availability, and further contend that the fact that their Motions to Exclude cannot be heard until October 17 "may affect the rest of the schedule" for this case. (Id. at 2.) Accordingly, the parties request that the Court amend their case schedule in certain specified ways. (Id. at 3.)

Upon review of the parties' Joint Stipulated Request, and in light of the Court's own schedule, the Court GRANTS in part the Joint Stipulated Request and ORDERS as follows:

(1) The last date for hearing any Motions to Exclude Expert Testimony shall be **October 17, 2011**. Any Motions to Exclude Expert Testimony shall be filed on or before **August 31, 2011**. All Oppositions and Replies to the Motions to Exclude Expert Testimony, if any, shall be filed in accordance with the Local Rules.

(2) The last date for hearing dispositive Motions shall be **December 5, 2011**.

(3) The Court CONTINUES the Preliminary Pretrial Conference to **November 14, 2011 at 11 a.m.** On or before **November 4, 2011**, the parties shall file a Joint Preliminary Pretrial Statement including, *inter alia*, a good faith proposed schedule for trial.

Dated: August 22, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cliff Allan Maier cmaier@mayerbrownrowe.com
Daralyn J. Durie ddurie@durietangri.com
Duane D. Hough dhough@mayerbrown.com
Michael Henry Page mpage@durietangri.com
Robert Greenfeld rgreenfeld@mayerbrown.com

**Dated: August 22, 2011**                             **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                              **Susan Imbriani**
                                                                              **Courtroom Deputy**