IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PixArt Imaging, Inc., | NO. C 10-00544 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING OCTOBER 17, 2011 HEARING TO OCTOBER 31, 2011** |
| Avago Tech. General IP (Singapore) Pte. Ltd., et al., | |
|       Defendants. | |

A number of Motions in this case are currently set for hearing on October 17, 2011.[1] Upon review of the Motions, and in order to control the Court's docket, the Court CONTINUES the hearing on these Motions to **October 31, 2011 at 9 a.m.**

Further, upon review of the docket, the Court finds that Defendants have failed to properly notice a public version of the Avago Motion.[2] On or before **October 7, 2011**, Defendants shall file and properly notice a public version of the Avago Motion.

Dated: October 5, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motion, Motion, and Memorandum in Support of Avago's Motion to Exclude the Testimony of Dr. Bobby Hunt and Douglas Kidder, hereafter, "Avago Motion"; PixArt Imaging, Inc.'s Motion to Strike Hearsay Testimony, Docket Item No. 72; Notice of Motion and Motion to Preclude or Strike Testimony of Joseph J. Egan, Docket Item No. 76.)

[2] On September 14, 2011, the Court ordered Defendants to file the Avago Motion under seal. (See Docket Item No. 68.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cliff Allan Maier cmaier@mayerbrownrowe.com
Daralyn J. Durie ddurie@durietangri.com
Duane D. Hough dhough@mayerbrown.com
Michael Henry Page mpage@durietangri.com
Robert Greenfeld rgreenfeld@mayerbrown.com

**Dated:  October 5, 2011**                                     **Richard W. Wieking, Clerk**

                                                                **By:      /s/ JW Chambers**
                                                                          **Susan Imbriani**
                                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California