IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PixArt Imaging, Inc., | NO. C 10-00544 JW |
|       Plaintiff,<br>  v.<br>Avago Tech. Gen. IP (Singapore) Pte. Ltd., et al.,<br>      Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATED REQUEST FOR AMENDMENT OF CASE SCHEDULE** |

Presently before the Court is the Parties' Joint Stipulated Request for an Order Amending the Case Schedule.[1] The parties represent to the Court that a settlement has been agreed upon in principle, and request additional time to finalize the terms of such a settlement. (Id. at 2-3.)

Upon review, the Court finds goods cause to amend the case schedule to allow the parties to continue their settlement efforts. However, the Court does not find good cause to delay the hearing on Motions to Exclude Expert Testimony currently scheduled for October 31, 2011.

Accordingly, the Court GRANTS in part the parties' Stipulated Request, and adopts all proposed dates, except as to the October 31 hearing. The parties shall comply with the modified schedule as follows:

---

[1] (Joint Stipulated Request Pursuant to Local Rule 6-2 for Order Amending the Case Schedule, hereafter, "Stipulated Request," Docket Item No. 109.)

| Last Date for Hearing Motions to Exclude Expert Testimony | October 31, 2011 |
|---|---|
| Last Date for Hearing Dispositive Motions | March 12, 2012 |
| Preliminary Pretrial Conference | February 20, 2012 |
| Joint Preliminary Pretrial Statement | February 10, 2012 |

Dated: October 26, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cliff Allan Maier cmaier@mayerbrownrowe.com
Daralyn J. Durie ddurie@durietangri.com
Duane D. Hough dhough@mayerbrown.com
Michael Henry Page mpage@durietangri.com
Robert Greenfeld rgreenfeld@mayerbrown.com

Dated:  October 26, 2011                                  Richard W. Wieking, Clerk

                                                               By:     /s/ JW Chambers
                                                                      Susan Imbriani
                                                                      Courtroom Deputy

**United States District Court**
For the Northern District of California