| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>    ddurie@durietangri.com<br>MICHAEL H. PAGE (SBN 154913)<br>    mpage@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:   415-362-6666<br>Facsimile:    415-236-6300<br><br>Attorneys for Plaintiff and Counterclaim Defendant | MAYER BROWN LLP<br>CLIFF A. MAIER (#248858)<br>    cmaier@mayerbrown.com<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br><br>MAYER BROWN LLP<br>DUANE-DAVID HOUGH (*pro hac vice*)<br>    dhough@mayerbrown.com<br>ROBERT GREENFELD (*pro hac vice*)<br>    rgreenfeld@mayerbrown.com<br>BRIAN W. NOLAN (*pro hac vice*)<br>    bnolan@mayerbrown.com<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br><br>Attorneys for [Defendants and Counterclaim] Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PixArt Imaging Inc.<br>                Plaintiff,<br>    v.<br>Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc.,<br>                Defendants.<br><br>Avago Technologies General IP (Singapore) Pte. Ltd., Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies U.S. Inc.,<br>                Counterclaim Plaintiffs,<br>    v.<br>PixArt Imaging Inc.,<br>                Counterclaim Defendant. | CASE NO. C 10-00544 JW<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL**<br><br>IT IS SO ORDERED<br>*/s/ James Ware*<br>Judge James Ware |

1 TO ALL PARTIES AND COUNSEL OF RECORD:

2 PURSUANT TO STIPULATION, IT IS SO ORDERED

3 that because the parties have reached a settlement in this action, the claims, counterclaims, and

4 defenses of all parties are hereby dismissed WITH PREJUDICE pursuant to Federal Rule of

5 Civil Procedure 41(a).

6     Each party will bear its own legal expenses including, without limitation, attorney fees

7 and costs.

9 Dated 12/05/11

10 Honorable James Ware, U.S.D.J.

-2-

[PROPOSED] ORDER RE DISMISSAL
CASE NO. 10-00544 JW

700886303